UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BOUCHER, <br><br> Plaintiff, <br><br> v. <br><br> JEVIC TRANSPORTATION, INC. <br><br> Defendant. | CASE No. 05-cv-40111-FDS |

### AFFIDAVIT OF JEREMIAH J. MORGAN

I, Jeremiah J. Morgan, depose and say the following:

I make this Affidavit in support of a motion seeking admission *pro hac vice* in the above-captioned matter.

1.  I am an Associate with the law firm of Bryan Cave LLP with offices at 1200 Main Street, Kansas City, Missouri.

2.  I was admitted to practice before the Missouri State Bar in 1998 and the Kansas State Bar in 1999. I have likewise been admitted to practice before the United States Court of Appeals for the Eighth and Tenth Circuits, and the United States District Court for the Western District of Missouri and District of Kansas.

3.  I have never been censured, suspended, disciplined, or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding is pending against me before any court. A Certificate of Good Standing with the United States District Court for the Western District of Missouri is attached.

968166v1

4.  I have associated myself with local counsel, Tory A. Weigand of Morrison Mahoney LLP, an attorney licensed to practice in the Commonwealth of Massachusetts and before this Court.

5.  It is at my client's specific request that I seek admission to practice *pro hac vice* before this Court.

6.  Pursuant to Local Rule 83.5.3(b), I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF July, 2005.

_____
Jeremiah J. Morgan

STATE OF MISSOURI    )
                     ) ss
COUNTY OF JACKSON    )

Sworn to and subscribed before me this
___ day of July, 2005.

_____
Notary Public
My Commission Expires

```
JOAN L. WILL
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: Aug. 4, 2007
```

968166v1

2