# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
                                                    ) SS.
WESTERN DISTRICT OF MISSOURI )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Jeremiah J. Morgan was duly admitted to practice in said Court on January 11, 2000.

Jeremiah J. Morgan is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on June 29, 2005

_Patricia L. Brune_
Clerk

By _Georgia Kee_
Georgia Kee, Deputy Clerk

:goodst.att