## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DAVID BOUCHER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE No. 05-cv-40111-FDS** |
| | ) | |
| **JEVIC TRANSPORTATION, INC.** | ) | |
| **Defendant.** | ) | |

### AFFIDAVIT OF LYNN S. MCCREARY

I, Lynn S. McCreary, depose and say the following:

I make this Affidavit in support of a motion seeking admission *pro hac vice* in the above-captioned matter.

1.    I am a Partner with the law firm of Bryan Cave LLP with offices at 1200 Main Street, Kansas City, Missouri.

2.    I was admitted to practice before the Kansas State Bar in 1994 and Missouri State Bar in 1995. I have likewise been admitted to practice before the United States District Court for the Districts of Kansas and Western Missouri and the United States District Court of Appeals in the Eighth and Tenth District.

3.    I have never been censured, suspended, disciplined, or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding is pending against me before any court. A Certificate of Good Standing with the United States District Court for the Western District of Missouri is attached.

968166v1

4.    I have associated myself with local counsel, Gary Harvey and Tory A. Weigand of Morrison Mahoney LLP, attorneys licensed to practice in the Commonwealth of Massachusetts and before this Court.

5.    It is at my client's specific request that I seek admission to practice *pro hac vice* before this Court.

6.    Pursuant to Local Rule 83.5.3(b), I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF July, 2005.

_____
Lynn S. McCreary

STATE OF MISSOURI    )
                     ) ss
COUNTY OF JACKSON    )

Sworn to and subscribed before me this 31st day of July, 2005.

_____
Notary Public
My Commission Expires    1/19/09

VICKI A. CROAN
Notary Public - Notary Seal
State of Missouri
Jackson County
My Commission Expires Jan. 19, 2009
Commission # 05655489

968166v1