# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
DAVID BOUCHER,                         )
                                       )
        Plaintiff,                     )
                                       )      **Civil Action No.**
        v.                             )      **05-40111-FDS**
                                       )
JEVIC TRANSPORTATION, INC.,            )
                                       )
        Defendant.                     )
                                       )
_____

## ORDER OF DISMISSAL

**SAYLOR, J.**

     Defendant Jevic Transportation, Inc., moved on July 7, 2005, to dismiss the complaint for failure to state a claim upon which relief can be granted.  No opposition having been filed, the motion is GRANTED, and this matter is hereby DISMISSED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 4, 2005